# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 13MJ00258 |
| ) | |
| Plaintiff, ) | **DEFENDANT'S STATUS REPORT ON** |
| v. ) | **UNSUPERVISED PROBATION** |
| ) | |
| GERARDO ARECHIGA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:** 36 CFR 4.23(a) (2)

**Sentence Date:** January 16, 2014

**Review Hearing Date:** January 7, 2016

**Probation Expires On:** January 16, 2016

### CONDITIONS OF UNSUPERVISED PROBATION:

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $2,010 which Total Amount is made up of a Fine: $ 2,000.00 Special Assessment: $ 10 Processing Fee: $ Restitution: $

☐ Payment schedule of $ per month by the of each month.

☐ **Community Service hours Imposed of:**

☒ **Other Conditions:** Serve 12 days in custody and attend a multi offender DUI course of 18 months.

### COMPLIANCE:

☐ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**Otherwise:**

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense): Arrest date July 12, 2015, Rancho Cucamonga Superior Court, M14601.1(A) VC and VC123423.5. See Case Report attached.

☒ To date, Defendant has paid a total of $ 2,010
☐ If not paid in full when was last time payment: Date:
Amount:

☐ To date, Defendant has performed hours of community service.

☒ Compliance with Other Conditions of Probation: Defendant served twelve days in custody. Defendant has attended twenty-six group meetings, six lectures, twenty six interviews and nee3ds to complete six re-entry

*GOVERNMENT POSITION:*

☐ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:

*DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☐ that the review hearing set     at

    ☐ be continued to  at  or

    ☐ be vacated.

☒ that Defendant's  appearance for the review hearing be waived.

DATED:                                                                                             _____
                                                                               DEFENDANT'S COUNSEL

## O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☐ GRANTED.  The Court orders that

☒ DENIED.

IT IS SO ORDERED.

Dated:   **December 23, 2015**                                   _____
                                                                                UNITED STATES MAGISTRATE JUDGE