1  BENJAMIN B. WAGNER
   United States Attorney
2  BAYLEIGH J. PETTIGREW
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6

7  Attorneys for Plaintiff
   United States of America

8

9                    IN THE UNITED STATES DISTRICT COURT

10                      EASTERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,              CASE NO. 1:13-MJ-00258-SAB

13              Plaintiff,                STIPULATION TO VACATE HEARING DATE
                                          AND SET HEARING TO ADMIT TO
14         v.                             VIOLATIONS FOR JANUARY 21, 2016 AT 11:00
                                          A.M.; ORDER
15 GERARDO ARECHIGA,

16              Defendants.

17

18     **IT IS HEREBY STIPULATED** by and between the parties through their respective counsel,

19 Special Assistant United States Attorney Bayleigh J. Pettigrew, counsel for the plaintiff, and Rosa Elena

20 Sahagun, counsel for defendant GERARDO ARECHIGA, that due to defendant's intention to admit the

21 two current probation violations, that the contested hearing currently set for January 21, 2016 be vacated

22 //

23 //

24 //

25 //

26 //

27 //

28 //

1

1  and that a hearing to admit to the probation violations be set for January 21, 2016 at 11:00 a.m. or as
2  soon thereafter as is convenient for the Court.

3
4                                            Respectfully submitted,
5
6                                            BENJAMIN B. WAGNER
                                             United States Attorney
7
8  Date:  January 12, 2016                   */s/ Bayleigh Pettigrew*
9                                            BAYLEIGH PETTIGREW
                                             Special Assistant United States Attorney
10                                           Attorney for Plaintiff
11
                                             HEATHER E. WILLIAMS
12                                           Federal Defender
13
14 Date*:* January 12, 2016                  /s/ *Rosa Elena Sahagún*
                                             ROSA ELENA SAHAGUN
15                                           Attorney for Defendant
                                             GERARDO ARECHIGA
16
17
18 IT IS SO ORDERED.
19 Dated:   **January 12, 2016**
20                                           UNITED STATES MAGISTRATE JUDGE
21
22
23
24
25
26
27
28

2