AO 245B-CAED(Rev. 09/2011) Sheet 1 - Judgment in a Criminal Case for Revocation

# UNITED STATES DISTRICT COURT
## Eastern District of California

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| **GERARDO ARECHIGA** | (For Offenses Committed On or After November 1, 1987) |
| | Criminal Number: **1:13MJ00258-001** |
| | Defendant's Attorney: CHRISTINA ROBERSON, Retained |

**THE DEFENDANT:**

[✓] admitted guilt to violation of charge(s)  One and Two  as alleged in the violation petition filed on  1/6/2016  .

[ ] was found in violation of condition(s) of supervision as to charge(s) ___ after denial of guilt, as alleged in the violation petition filed on ___ .

**ACCORDINGLY**, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| Charge One | Failure to obey all federal, state and local laws while on unsupervised probation. | 9/14/2015 |
| Charge Two | Failure to complete the multi-offender DUI course of 18 months within the required time period. | |

The court: [✓] revokes: [✓] modifies: [ ] continues under same conditions of supervision heretofore ordered on  1/24/2014  .

The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] Charge(s) ___ is/are dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remail in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

1/21/2016
Date of Imposition of Sentence

*/s/ Stanley A. Boone/*

Signature of Judicial Officer

**Stanley A. Boone**, United States Magistrate Judge
Name & Title of Judicial Officer

1/25/2016
Date

Case 1:13-mj-00258-SAB   Document 18   Filed 01/26/16   Page 2 of 2

AO 245B-CAED(Rev. 09/2011) Sheet 4 - Misdemeanor Probation

DEFENDANT: **GERARDO ARECHIGA**
CASE NUMBER: **1:13MJ00258-001**

Page 2 of 2

## PROBATION

The defendant is hereby sentenced to probation for a term of :
<u>unsupervised probation extended through 1/17/2017</u>.

If this judgment imposes a fine, special assessment, processing fee or restitution, it is a condition of probation that Defendant pay in accordance with the Schedule of Payments sheet of this judgment.

While on probation, the Defendant shall be subject to and must comply with the following conditions of probation:

## CONDITIONS OF PROBATION

1. The Defendant's probation shall be unsupervised by the probation office.
2. The Defendant is ordered to obey all federal, state, and local laws.
3. The Defendant shall complete a Multi-Offender DUI program through the California Department of Motor Vehicles by 4/30/2016.
4. The Defendant is ordered to personally appear for a Probation Review Hearing on 11/3/2016 at 10:00 am before U.S. Magistrate Judge Stanley A. Boone. A status report regarding the Defendant's performance on probation shall be filed 14 days prior to the Probation Review.
5. Pursuant to 18 USC § 3572(d)(3), while on probation and subject to any financial obligation of probation. Defendant shall notify the court of any material change in Defendant's economic circumstances that might affect Defendant's ability to pay the full financial obligation.
6. The Defendant shall complete 80 hours of community service. The Defendant shall perform and complete the community service hours by 10/28/2016.