# UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 13MJ00258 |
|         Plaintiff, ) | |
| v. ) | **DEFENDANT'S STATUS REPORT ON** |
| ) | **UNSUPERVISED PROBATION** |
| GERARDO ARECHIGA, ) | |
|         Defendant. ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:** 36 CFR 4.23(a) (2)

**Sentence Date:** January 16, 2014

**Review Hearing Date:** 11/03/2016

**Probation Expires On:** 01/17/2017

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $2,010 which Total Amount is made up of a Fine: $ 2,000.00 Special Assessment: $ 10 Processing Fee: $ Restitution: $

☐ Payment schedule of $    per month by the    of each month.

☒ **Community Service hours Imposed of:** 80 Hours

☒ **Other Conditions:** Serve 12 days in custody and attend a multi offender DUI course of 18 months.

### *COMPLIANCE:*

☒ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

Please find attached Proof of completion on the multi-offender 18 month program and proof of completion for the 80 hours of community service.

**Otherwise:**

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

    If so, describe arrest/charge/citation (location, court, date & offense):

☐ To date, Defendant has paid a total of $ 2,010
    ☐ If not paid in full when was last time payment:    Date:
                                                                                                              Amount:

☐ To date, Defendant has performed 80 hours of community service. See proof of completion attached.

☐ Compliance with Other Conditions of Probation

*GOVERNMENT POSITION:*

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney: Michael G. Tierney

*DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☐ That the review hearing set     at

    ☐ be continued to  at  or

    ☐ be vacated.

☒ That Defendant's appearance for the review hearing be waived.

DATED: 20/10/2016

                                                  ROSA ELENA SAHAGUN
                                                Defendant's Counsel

## O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

    X      GRANTED. The Court orders that the Defendant's appearance for the Review Hearing be waived.

    ☐      DENIED.

IT IS SO ORDERED.

Dated: **November 2, 2016**

                                                UNITED STATES MAGISTRATE JUDGE